JOSEPH FEMIA, RESPONDENT, v. CITY OF BAYONNE, APPELLANT.

Argued October 23, 1933—Decided January 5, 1934.

For the respondent, *Hyman Brodsky.*

For the appellant, *Daniel J. Murray.*

Per Curiam.

The judgment under review herein should be affirmed, for the reasons expressed in the opinion delivered in the Supreme Court.

*For affirmance*—The Chancellor, Parker, Lloyd, Bodine, Donges, Heher. Perskie, Van Buskirk. Kays, Hetfield, Dear, Wells, Dill, JJ.    13.

*For reversal*—None.